IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.                                              No. 5:24-CR-135-H

QURRAN THOMAS

## MOTION FOR PRETRIAL DETENTION

The United States asks for the pretrial detention of Defendant under Title 18,

United States Code, Sections 3142(e) and 3142(f).

1.   ***Eligibility of Case***.  This case is eligible for a detention order under
18 U.S.C. § 3142(f) because it is a case that involves:

_____ A crime of violence as defined in 18 U.S.C. § 3156(a)(4), violation
of section 1591, or federal crime of terrorism for which the
maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(A)).

_____ An offense for which the maximum sentence is life imprisonment or
death. (18 U.S.C. § 3142(f)(1)(B)).

_____ A Controlled Substances Act offense for which the maximum
sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).

_____ A felony that was committed after the defendant had been convicted
of two or more prior federal offenses described in 18 U.S.C.
§ 3142(f)(1)(A)-(C), or comparable state or local offenses. (18
U.S.C. § 3142(f)(1)(D)).

_____ A felony that involves a minor victim or failure to register as a sex
offender. (18 U.S.C § 3142(f)(1)(E)).

__X__ A felony that involves the possession or use of a firearm, destructive
device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).

__X__ A serious risk defendant will flee. (18 U.S.C. § 3142(f)(2)(A)).

__X__ A serious risk defendant will obstruct or attempt to obstruct justice,
or threaten, injure, or intimidate, or attempt to threaten, injure, or
intimidate a prospective witness or juror. (18 U.S.C. § 3142
(f)(2)(B)).

**Motion for Pretrial Detention – Page 1**

2.      ***Reason for Detention.***  The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

   X   Defendant's appearance as required.
   X   Safety of any other person and the community.

3.      ***Rebuttable Presumption.***  The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is:

      A Controlled Substances Act offense for which the maximum sentence is 10 years or more.  (18 U.S.C. § 3142(e)(3)(A)).
      An offense under Title 18, United States Code, Sections 924(c), 956(a), or 2332b.  (18 U.S.C. § 3142(e)(3)(B)).
      A federal crime of terrorism for which the maximum sentence is 10 years or more.  (18 U.S.C. § 3142(e)(3)(C)).
      An offense in Chapter 77 of Title 18 (human trafficking) for which the maximum sentence is 20 years or more.  (18 U.S.C. § 3142(e)(3)(D))
      Previous conviction for "eligible" offense committed while on pretrial bond.  (18 U.S.C. § 3142(e)(2)).
      a qualifying offense involving a minor victim.  (18 U.S.C. § 3142(e)(3)(E)).

4.      ***Time for Detention Hearing***.  The United States requests the Court conduct the detention hearing:

      At first appearance.
      After continuance of ten days.
   X   Moot at this time as defendant is in state custody for another offense.  Hearing requested if detention becomes a viable issue.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY


s/ *Matthew A. McLeod*
MATTHEW A. McLEOD
Assistant United States Attorney
Tennessee State Bar No. 034353
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806.472.7351
Facsimile:    806.472.7394
E-mail:         matthew.mcleod@usdoj.gov

**Motion for Pretrial Detention – Page 3**